# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-3238
_____

CALVIN HOLIDAY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellant Counsel—
Original Jurisdiction.

September 30, 2021

PER CURIAM.

The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

B.L. THOMAS, ROBERTS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Calvin Holiday, pro se, Petitioner.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.